_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 18, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 NO.:

TREBOR LENALE CHATMAN                                23-02473 – JAW

O R D E R

THIS CAUSE came before the Court on the Trustee's Motion to Modify (DK # 72 ); and the Court orders as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Motion to Modify is granted.

THAT, the Debtor's plan is hereby modified to remove the secured claim of Mac Haik and the Trustee shall be authorized to make no payment on said claim.

THAT, the funds originally proposed on Mac Haik's secured claim shall be applied as plan payments.

THAT, the indebtedness of those creditors not timely filing proof of claims shall be paid $0.00 and said indebtedness shall be discharged upon completion of this plan.

THAT, the Debtor's Wage Deduction Order shall remain unaltered and be honored until the Debtor has completed payments per the confirmed plan.

##END OF ORDER##

SUBMITTED BY:

_____
JOSHUA C. LAWHORN – MSB # 103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX:  601/362-8826
EMAIL: HJB@HBARKLEY13.COM